UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------------X

| | |
|---|---|
| WILMO LOJA, | 07-CV-04482-AKH |
| Plaintiff, | |
| - against - | **APPEARANCE** |
| ALAN KASMAN D/B/A KASCO, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
              October 3, 2007

                                             By:        /s/ Judith R. Cohen
                                                     _____
                                                     Judith R. Cohen (JC-8614)
                                                     1177 Avenue of the Americas
                                                     New York, New York 10036
                                                     Phone: (212) 277-6500
                                                     Fax: (212) 277-6501

                                                     *Attorney for Defendant*
                                                     MERRILL LYNCH & CO., INC.

DOCSNY-271825v01