UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x

VERONICA MACAS,                                       07CV4485
                              Plaintiffs,

                                                      ANSWER TO
                                                      AMENDED
                                                      COMPLAINT

- against -

222 BROADWAY, LLC, 88 GREENWICH LLC,
AJ GOLDSTEIN & CO., ALAN KASMAN DBA
KASCO, ALAN L. MERRIL, ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BETTY JEAN
GRANQUIST, BLACK DIAMONDS LLC,
BLACKMON-MOORING-STEAMATIC
CATASTOPRE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CAROL
GAYNOR TRUST, CAROL GAYNOR, AS
TRUSTEE OF THE CAROL GAYNOR
TRUST, CAROL MERRIL GAYNOR, CHASE
MANHATTAN BANK CORPORATION,
CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC., EQUITY
RESIDENTIAL, ERP OPERATING UNLIMITED
PARTNERSHIP, FRED GOLDSTEIN, GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HARLAND GAYNOR, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HAROLD G.
GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L.
BLUM, AS TRUSTEE UNDER THE LAST WILL
AND TESTAMENT OF LOUIS W. GOLDSTEIN,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
IDELL GOLDSTEIN, AS TRUSTEE UNDER
DECLARATION OF TRUST, INDOOR

ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MARGARET G. WATERS, MARGUERITE K.
LEWIS, AS TRUSTEE UNDER THE LAST WILL
AND TESTAMENT OF LOUIS W. GOLDSTEIN,
MATTHEW A. GELBIN, AS TRUSTEE OF THE
GELBIN FAMILY, MERRILL LYNCH & CO,
INC., NATALIE S. LEBOW, AS TRUSTEE OF
THE JEREMIAH PHILIP LEBOW REVOCABLE
TRUST, NATALIE S. LEBOW, AS TRUSTEE OF
THE JERRY P. LEBOW FAMILY TRUST,
NOMURA HOLDING AMERICA, INC.,
NOMTJRA SECURITIES INTERNATIONAL,
INC., PAMELA BETH KLEIN, AS TRUSTEE OF
THE PAMELA AND ROWAN KLEIN TRUST,
ROWAN K. KLEIN, AS TRUSTEE OF THE
PAMELA AND ROWAN KLEIN TRUST, RUTH
G. LEBOW, SHIRLEY G. SHOCKLEY, AS
TRUSTEE TINDER DECLARATION OF TRUST,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, SYLVIA R. GOLDSTEIN,
TOSCORP INC., VERIZON NEW YORK, INC,
WESTON SOLUTIONS, INC., WFP TOWER B
CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B. CO., L.P., WFP TOWER D
CO. G.P. CORP., WFP TOWER D HOLDING CO.
I L.P.,, ET AL

                                                    Defendants
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-

captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      April 1, 2008

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

                BY: _____
                        Heather L. Smar (4622)